IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL KING, Individually, and as Administrator of the ESTATE OF JUSTIN PATRICK KING, DECEASED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALPHA SIGMA TAU NATIONAL FOUNDATION, INC., *et al.*,<br><br>　　　　Defendants. | No. 4:20-CV-00778<br><br>(Judge Brann) |

## ORDER

**AND NOW**, on this 1ˢᵗ day of December 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Plaintiff's motion for attorneys' fees is **GRANTED** as follows:

1.　Attorneys' fees in the amount of $11,377.50 are awarded to Plaintiff.

2.　Costs in the amount of $450 are awarded to Plaintiff.

3.　The Clerk of Court is directed to **CLOSE** the case file.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　United States District Judge